958

M. P. No. 76-339. PAWTUCKET BLACKSTONE VALLEY CHAMBER OF COMMERCE, INC. *et al. v.* EDWARD W. BURMAN *et al.* Case is consolidated with the case of *Blackstone Valley Chamber of Commerce* v. *Edward W. Burman* No. 76-355-M.P. *John F. Sherlock, Jr.,* for petitioner. *Julius C. Michaelson,* Attorney General, *R. Daniel Prentiss,* Special Asst. Attorney General, for respondents.

M. P. No. 76-396. AVNET, INC. *et al. v.* ALLENDALE MUTUAL INS. CO. *et al.* Petition for writ of certiorari will be continued pending the opinion to be filed in the cases of *Cacchillo* v. *Leach Machinery Co.,* 117 R.I. 958, 368 A.2d 1251 (1976); *Rogers* v. *Toegemann,* 117 R.I. 957, 368 A.2d 1253 (1976); and *Fireman's Fund Ins. Co.* v. *McAlpine,* 117 R.I. 957, 368 A.2d 1252 (1976). *Harold H. Winsten,* for Avnet, Inc. *Selya and Iannuccillo, Bruce M. Selya,* for petitioner, Allendale Mutual Ins. Co. *Gunning, LaFazia & Gnys, Inc., Raymond A. LaFazia,* for Site Construction, Inc.

M.P. No. 76-399. GINA CACCHILLO *et al. v.* LEACH MACHINERY COMPANY *et al. v.* CRESCENT ALUMINUM CO., INC. *et al.* Petition for certiorari is granted and the writ shall issue forthwith. This case is consolidated with the cases of *Rogers* v. *Toegemann,* 117 R.I. 957, 368 A.2d 1253 (1976) and *Fireman's Fund Ins. Co.* v. *McAlpine,* 117 R.I. 957, 368 A.2d 1252 (1976). *McOsker, Isserlis & Davignon, Robert E. Davignon,* for petitioners. *Hinckley, Allen, Salsbury & Parsons, Michael DeFanti,* for Crescent Aluminum Co., Inc., respondents.